In the Interest of C.D.P.
(Juvenile), Plaintiff.

Mark WHITEAKER, Juvenile
Officer, Respondent,

v.

C.P. and J.P. (Natural
Parents), Appellants.

No. WD 41744.

Missouri Court of Appeals,
Western District.

Feb. 27, 1990.

George M. Ely, Hamilton, R.E. Moulthrop, Guardian ad litem, Bethany, for appellants.

Randall D. Thompson, Bethany, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

## ORDER

PER CURIAM:

Direct appeal from a judgment of parental termination, pursuant to § 211.447.2, RSMo 1986.

Judgment affirmed. Rule 84.16(b).

In the Interest of M.R.P.
(Juvenile), Plaintiff.

Mark WHITEAKER, Juvenile
Officer, Respondent,

v.

C.P. and J.P. (Natural
Parents), Appellants.

No. WD 41745.

Missouri Court of Appeals,
Western District.

Feb. 27, 1990.

George M. Ely, Hamilton, for appellants.

R.E. Moulthrop, Bethany, guardian ad litem.

Randall D. Thompson, Bethany, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

## ORDER

PER CURIAM:

Direct appeal from a judgment of parental termination, pursuant to § 211.447.2, RSMo 1986.

Judgment affirmed. Rule 84.16(b).